# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| Case No. | ED 18-cv-01236 VAP (SHKx) | Date | 8/6/2018 |
|---|---|---|---|
| Title | *Manuel Gonzalez  v.  Connie Lightcap, et al* | | |

**Present: The Honorable** VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Conrad Herring | Richard D. Marca |

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND; [DOC. NO. 9]

Matter called.  Counsel for the parties are present as referenced above.  Court issues tentative ruling, and invites oral argument from Counsel.  Counsel submit on the Court's tentative ruling.  Matter stands submitted.  Court will issue final ruling.

**IT IS SO ORDERED.**

Page **1** of **1**        CIVIL MINUTES – GENERAL        ____ : _01_
                                                         Initials of Deputy Clerk: bh